No. 264. HALLIBURTON OIL WELL CEMENTING CO. *v.* REILY, COLLECTOR OF REVENUE OF LOUISIANA. Appeal from the Supreme Court of Louisiana. Probable jurisdiction noted. *Robert O. Brown, Robert E. Rice, C. Vernon Porter, Benjamin B. Taylor, Jr.* and *Laurance W. Brooks* for appellant. *John B. Smullin* for appellee. Briefs of *amici curiae,* urging reversal, were filed by *Charles D. Marshall* for Thomas Jordon, Inc.; *Cicero C. Sessions* for Sperry Rand Corp.; *Albert L. Hopkins* for Chicago Bridge & Iron Co.; *Ben R. Miller* for American Can Co.; *Forrest M. Darrough* for Humble Oil & Refining Co.; and *Robert E. Leake, Jr.* for Bosson-Richards Processing Co. et al.

No. 90. MERCANTILE NATIONAL BANK AT DALLAS *v.* LANGDEAU, RECEIVER; and

No. 91. REPUBLIC NATIONAL BANK OF DALLAS *v.* LANGDEAU, RECEIVER. Appeals from the Supreme Court of Texas. Further consideration of the question of jurisdiction postponed to the hearing of the cases on the merits. MR. JUSTICE CLARK took no part in the consideration or decision of these cases. *Marvin S. Sloman* for appellant in No. 90. *Neth L. Leachman* for appellant in No. 91. *Quentin Keith* and *Cecil C. Rotsch* for appellee. Reported below: 161 Tex. 349, 341 S. W. 2d 161.

No. 123. MANUAL ENTERPRISES, INC., ET AL. *v.* DAY, POSTMASTER GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Stanley M. Dietz* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick* and *John G. Laughlin, Jr.* for respondent.